IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE SUMMIT OWNERS ASSOCIATION,
INC., a Florida not-for-profit organization,

      Plaintiff,

v.                                CASE NO. 5:11-cv-273-RS-GRJ

DONALD JESSIE ELLIOT, et al.,

      Defendants.
_____/

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                CASE NO. 5:11-cv-59-RS-GRJ

CLARA HOLLOWAY, et al.,

      Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Motion to Dismiss Former Trustee Donald J. Elliot as Defendant (Doc. 13) is **DENIED**.

3. Defendant Donald J. Elliot shall file an answer to the amended complaint not later than February 20, 2012.

4. The Motion to Dismiss (Doc. 15) is **DENIED**.

**ORDERED** on February 9, 2012.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**